UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DIANA GRIFFIN, | CASE NO.: 3:17-CV-00360 |
| Plaintiff, | JUDGE: WALTER H. RICE |
| vs. | |
| THE TWINS GROUP, INC. d/b/a TACO BELL, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned matter has been settled and compromised, that this action be dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE WALTER H. RICE

/s/Carrie J. Dyer (Per Email Consent 4/5/18)
CARRIE J. DYER (0090539)
Mansell Law, LLC
1457 S. High St.
Columbus, OH 43207
(614) 610-4134
(513) 826-9311 – Fax
Email: Carrie@MansellLawLLC.com

Counsel for Plaintiff

s/James A. Climer
JAMES A. CLIMER (0001532)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com

Counsel for Defendants The Twins Group, Inc. d/b/a Taco Bell